J. E. Stephens, Constable, C. L. Jackson, Justice of Peace, and N. Geraci, Appellants, v. Jose Franquiz, Appellee.

An Appeal from Decrees of the Circuit Court within and for the County of Hillsborough.

Appeal dismissed on motion of counsel for appellee at costs of appellants.

Macfarlane & Chancey, for Appellants;

J. T. Watson, Jr., for Appellee.